FILED-USDC-NDTX-DA
'26 JAN 20 AM 11:53

KCR

## FIRST AMENDED COMPLAINT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

CARVELL OLIVER,
Plaintiff,

v.

Civil Action No: 3-25CV3368-L

CLP CIRCULAR SERVICES, LLC;
CLOSED LOOP PARTNERS, LLC; and
BALCONES RECYCLING, LLC,
Defendants.

## Defendants

1. Defendant CLP Circular Services, LLC is a limited liability company authorized to do business in the United States and may be served through its registered agent, Corporation Service Company, at 251 Little Falls Drive, Wilmington, Delaware 19808.

2. Defendant Closed Loop Partners, LLC is a limited liability company authorized to do business in the United States and may be served through its registered agent, United Corporate Services, Inc., at 800 North State Street, Suite 304, Dover, Delaware 19901.

3. Defendant Balcones Recycling, LLC is a limited liability company authorized to do business in the State of Texas and may be served through its registered agent, Corporation Service Company d/b/a CSC–Lawyers Incorporating, at 211 East 7th Street, Suite 620, Austin, Texas 78701.

At all relevant times, Defendants operated directly or through affiliates, subsidiaries, and common management, and exercised control over Plaintiff's employment, compensation, and working conditions.